UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEEMA KHAN, an individual,<br><br>    Plaintiff,<br> v.<br><br>WORLD SAVINGS BANK, FSB, now doing business as WELLS FARGO BANK, N.A., and DOES 1 through 50 inclusive,<br><br>    Defendants. | Case No.: 10-CV-04305-LHK<br><br>ORDER ENLARGING TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT |

On January 14, 2011, this Court granted Defendant Wells Fargo's motion to dismiss Plaintiff's Complaint and granted Plaintiff leave to file an amended complaint within 30 days of the Court's order. Plaintiff now requests additional time to file an amended complaint. Plaintiff states that her attorney of record has been unresponsive, and she is attempting to retain other counsel to evaluate the facts of her case and assist her in filing an amended complaint, if appropriate.

The Court hereby GRANTS Plaintiff's request to enlarge time. Plaintiff must file an amended complaint by March 28, 2011.

**IT IS SO ORDERED.**

Dated: February 10, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04305-LHK
ORDER ENLARGING TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT