**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEEMA KHAN, an individual,<br><br>Plaintiff,<br>v.<br><br>WORLD SAVINGS BANK, FSB, now doing business as WELLS FARGO BANK, N.A., and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.: 10-CV-04305-LHK<br><br>ORDER ENLARGING TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT |

The Court dismissed Plaintiff's complaint on January 14, 2011, finding that Plaintiff had failed to state a claim. *See* Dkt. No. 16. The Court gave Plaintiff 30 days to amend her complaint. *Id*. Thus, the deadline for any amended complaint was February 14, 2011. On February 4, 2011, Plaintiff filed a motion for extended time to file her amended complaint, stating that the attorney who had filed the matter on her behalf had stopped communicating with her, and she needed time to find new counsel. *See* Dkt. No. 18. The Court extended the deadline for Plaintiff's amended complaint to March 28, 2011. *See* Dkt. No. 20. On March 28, 2011, Plaintiff filed another request for an extension of time to file her amended complaint. Plaintiff states that she has identified an attorney to represent her and will have a signed retention agreement by April 5, 2011. The Court grants Plaintiff's requested extension, but cautions that no further extensions will be granted. Plaintiff must file an amended complaint by April 28, 2011, or the case will be dismissed.

**IT IS SO ORDERED.**

Dated: March 29, 2011



LUCY H. KOH
United States District Judge

United States District Court
For the Northern District of California